# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

May 5, 2020

**MEMO ENDORSED**

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

  Re: <u>United States v. Carlos Reyes</u>
    12 Cr. 739 (KMK)
    Request for Re-assignment

Dear Judge Karas:

  I previously represented Carlos Reyes pursuant to a CJA assignment. Mr. Reyes pleaded guilty to a narcotics conspiracy and there have been two violation proceedings against him. He is presently incarcerated at the Orange County Jail.

  Mr. Reyes has contacted me to assist him in obtaining compassionate release to home confinement from the BOP and/or the Court because of the COVID-19 virus and his underlying health issues. At my advice, he will apply for an administrative order of release before any formal motion is made.

  I therefore respectfully request that I be reassigned pursuant to CJA to represent Mr. Reyes for this purpose, <u>nunc pro tunc</u> to April 20, 2020, when contact from Mr. Reyes began as to this issue.

  I appreciate Your Honor's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

Granted.

So Ordered.

5/5/20