MEMO ENDORSED

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

June 24, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY   10601

                    Re:   **United States v. Carlos Reyes**
                          **12 Cr. 739 (KMK)**
                          **VOSR #2**

Dear Judge Karas:

        This letter is to request respectfully that the Court modify the CJA Order assigning me to
this matter to include a nunc pro tunc date of September 10, 2019.  The eVoucher administrators
has advised us that this is necessary in order to process my request for payment.

        I represented defendant Carlos Reyes per a CJA assignment in the above case.  The
matter began on September 10, 2019, with the filing by Probation of a violation petition and
request for a summons.  Because the violation was based largely on pending state charges, Reyes
did not appear in court until November 20, 2019, when the state charges were resolved.  He
entered an admission to three of the specifications on December 10, 2019, and was sentenced that
day to 6 months incarceration.

        On November 20, 2019, Margaret Shalley stood in for me and Judge Davison entered an
order assigning me to the case, but did not include a nunc pro tunc date to account for work I had
done on the matter beginning on September 10, 2019.  (A court date before Your Honor was
originally set for September 16, but Reyes did not appear owning to his arrest and detention in
Dutchess County on state charges.  No order assigning me to this matter was entered that day).
That work included discussions with Reyes and a number of calls to the Probation Officer to
monitor Reyes' state case, as well as the review of the violation papers.

Hon. Kenneth M. Karas, U.S.D.J.
Re: United States v. Carlos Reyes - 12 Cr. 739 (KMK) (VOSR #2)
June 24, 2020
Page 2


I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

CWC/kvm

Granted.

So Ordered.

6/24/20